◼ In the Matter of GANNETT Co., INC., Respondent, v CITY CLERK'S OFFICE OF CITY OF ROCHESTER et al., Appellants. [604 NYS2d 848] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Affronti, J. (157 Misc 2d 349). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Article 78.) Present—Denman, P. J., Green, Lawton, Fallon and Boehm, JJ.